## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: 3:18-CV-05269-BRM-LHG

Plaintiff:
**Gary L. O'Neal and Gary J. O'Neal**

vs.

Defendant:
**Middletown Township, et al.**

For:
Thomas J. Mallon, Esq

ARC2018003194

Received by NJ Archangel to be served on Middletown Township, One Kings Highway, Middletown, NJ 07748.

I, Christopher Stewart, being duly sworn, depose and say that on the 10th day of April, 2018 at 12:03 pm, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS, COMPLAINT AND CIS** to: **Patricia Morgado** as **Clerk** for **Middletown Township**, at the address of: **One Kings Highway, Middletown, NJ 07748**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: 5'3, Weight: 110, Hair: Brown, Glasses: x

Subscribed and Sworn to before me
on _11 APR 2018_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

THERESA A. DINGMAN
NOTARY PUBLIC OF NEW JERSEY
Comm. # 2227754
My Commission Expires 4/15/2023

Christopher Stewart    4/11/18
Process Server    Date Signed

NJ Archangel
766 Tall Oaks Drive
Brick, NJ 08724
(732) 458-8202

Our Job Serial Number: ARC-2018003194
Ref: 3:18-CV-05269-BRM-LHG

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1g